UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE LYNN KONAR, ) <br> ) <br> Appellant, ) <br> v. ) <br> ) <br> OCWEN LOAN SERVICING, LLC, US ) <br> BANK, NA, BROCK AND SCOTT, PLLC, ) <br> TRUSTEE SERVICES OF CAROLINA, ) <br> TROUTMAN AND SANDERS, FIDELITY ) <br> NATIONAL TITLE INSURANCE CO. OF ) <br> NY, and MERS-MERSCORP, ) <br> ) <br> Appellees. ) | **JUDGMENT** <br> No. 7:19-CV-119-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court AFFIRMS the bankruptcy court's denial of Konar's motion to reconsider the order denying her motion for extension of time and motion for reconsideration [D.E. 1-1], GRANTS B&S and TSC's motion for dismissal from the appeal [D.E. 12], and DENIES as moot Konar's joinder motions [D.E. 17, 18].

**This Judgment Filed and Entered on March 23, 2020, and Copies To:**

| | |
|---|---|
| Christine Lynn Konar | (Sent to 637 Ravenswood Road Hapstead, NC 28443 via US Mail) |
| D. Kyle Deak | (via CM/ECF electronic notification) |
| Jamie E. Rudd | (via CM/ECF electronic notification) |
| Alan Marc Presel | (via CM/ECF electronic notification) |
| Neil D. Jonas | (via CM/ECF electronic notification) |
| Cameron Davis Scott | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE | **PETER A. MOORE, JR., CLERK** |
| March 23, 2020 | By:  /s/ Nicole Sellers |
| | Deputy Clerk |